UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSEFINA MALDONADO-SONERA, et al.
    Plaintiffs
        v.                   Civil No. 97-2773(SEC)
LUIS PEREZ-REILLO, et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #49<br>Motion to Compel Discovery | Granted. If plaintiffs have not yet done so, they must provide defendants the answers to the interrogatories at issue **within ten (10) days.** |
| Docket #55<br>Motion to Request Extension of Time to Answer Interrogatories | Moot. |
| Docket #57<br>Motion Requesting Extension of Time to File Pretrial Order | Moot. |

DATE: September 22, 1999

SALVADOR E. CASELLAS
United States District Judge

Rec'd:       EOD:

By:      # 77


