# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSEFINA MALDONADO SONERA, et al.
    Plaintiffs

        v.            Civil No. 97-2773(SEC)

LUIS PEREZ REILLO, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #61**<br>Motion for Extension of Time to Submit Translated Documents | Moot. |
| **Docket #63**<br>Motion by Defendant Luis Perez-Reillo to Request Order | Granted. Plaintiffs filed a response to this motion, stating that they have no objection that the depositions at issue be considered valid for all legal purposes. As such, they shall be fully admissible for all legal purposes. |
| **Docket #64**<br>Motion by defendant Angel Roman-Velez for Joinder of Motion to Request Order by defendant Luis Perez-Reillo | Granted. See order regarding Docket #63, _supra_. |
| **Docket #65**<br>Motion for Extension of Time to File Opposition to Motion for Summary Judgment | Moot. |
| **Docket #70**<br>Motion to Extend Time to Answer the Amended Complaint | Moot. |
| **Docket #73**<br>Motion by Plaintiffs to Accept Spanish Language Documents Pending Translation | Granted. |



Civil No. 97-2773(SEC)                                                                                           2

| MOTION | RULING |
|---|---|
| **Docket #76**<br>Motion for Attorneys' Fees, Costs, and Sanctions for Plaintiffs' Attorney Failure to Appear at a Scheduled Deposition | **Granted.** Plaintiff has not filed an opposition to defendant's motion and has not excused his failure to attend or to timely cancel the deposition. In light of that, defendant's motion seeking attorneys' fees, costs, and sanctions is **granted**. Defendant shall file a motion detailing the attorneys' fees incurred as a result of plaintiffs' counsel's failure to attend the deposition **within ten (10) days**. Furthermore, plaintiffs' counsel is **ordered** to pay defense counsel **$121.40** in costs. Finally, plaintiffs' counsel is hereby **ordered** to pay the Court **$150.00** in sanctions **within ten (10) days of this order**. |

DATE: September 29, 1999

*[signature]*
SALVADOR E. CASELLAS
United States District Judge

Rec'd:             EOD:

By: *[initials]*    #78

cc: Finance 9/30/99