# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSEFINA MALDONADO SONERA, et al.*

      Plaintiffs

v.

LUIS PEREZ REILLO, et al.

      Defendants

***********************************

**Civil No. 97-2773(SEC)**

RECEIVED & FILED
99 SEP 30 AM 11: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Pursuant to Opinion and Order of even date, plaintiffs' federal law claims shall be **DISMISSED WITH PREJUDICE.** In addition, plaintiffs' supplemental law claims shall be **DISMISSED WITHOUT PREJUDICE.** Judgment is hereby entered accordingly.


**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge