# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Josefina Maldonado Sonera, etal.
_____
Plaintiff(s)

vs.

Civil No. 97-2773 (SEC)

Luiz Perez Reillo, etal
_____
Defendant(s)

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 10/4/99    DOCKET: 81

TITLE: Motion Detailing Attorneys' Fees

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| ADDITIONAL COMMENTS: |
|---|

Plaintiffs' counsel shall pay defendants $725.00 in attorneys' fees within ten (10) days of this order.

10/5/99
_____
DATE

_____
SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

(82)