IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
File Number 97-2773 (SEC)

| | |
|---|---|
| Josefina Maldonado Sonera, Edwin González Valle, Luz E. López Nieves and Doris I. Hernández Nieves, | : : : : |
| Plaintiffs | : |
| vs. | : |
| Mayor Luis Pérez Reillo, the Municipality of Quebradillas, Mayor Angel Román Vélez, the Municipality of Arecibo, the North Central Consortium-Arecibo, Executive Director Germán Román Vélez, and Wilma Batista Cruz, | : : : : : : : |
| Defendants | : |

97-2773 (SEC)

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

COME NOW all Plaintiffs of caption, through the undersigned attorney, and very respectfully state:

1.-   Notice is hereby given that plaintiffs Josefina Maldonado, Edwin Valle, Luz E. López and Doris I. Hernández hereby appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order dismissing all of plaintiffs claims pursuant to F.R.C.P. Rule 21(c), dated September 30th., 1999.

WHEREFORE, plaintiffs very respectfully request that this Honorable Court takes notice of the above.

RESPECTFULLY SUBMITTED.

In Agudilla, Puerto Rico, on October 7th., 1999.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, That a true and exact copy of this motion has been sent by regular mail to: Claudio Aliff Ortiz, Aldarondo & López Bras, 588 Hostos Ave., Badrich Urb., Hato Rey, P. R. 00918; Arturo Luciano Delgado, I.L.A. Office Building, Penthouse B, Kennedy Ave. (Marginal), San Juan, P.R. 00920; Luis R. Vivas Ugartemendía, Martínez Alvarez, Menendez Cortada & LeFranc Romero, PSC, Centro de Seguros Building, 701 Ponce de León Ave., Suite 407, San Juan, P.R. 00907-3248; José R. Pérez Hernández, Suite 1428, Popular Center, Hato Rey, P. R. 00918; and María Judith Surillo, Department of Justice, Federal Litigation Division, P.O. Box 9020192, San Juan, P.R. 00902-0192.

ISRAEL ROLDAN GONZALEZ
U.S.D.C.-P.R. 115602
Attorney for Plaintiffs
44 Progreso Street
Aguadilla, P. R. 00603
Tel. 891-1359
Fax. 882-5000

s/c: All parties
- CCA