UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MALDONADO-SONERA, et. al.
    Plaintiffs
    v.
PEREZ-REILLO, et. al.
    Defendants

Civil No. 97-2773(SEC)

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #84**<br>**Motion for Reconsideration** | In light of the U.S. Supreme Court holding on <u>Blum v. Stenson</u>, 465 U.S. 886, 895-896 (1984), this Court **DENIES** plaintiffs' motion for reconsideration and **REAFFIRMS** its Order of October 6, 1999 **(Docket #82)**. In addition, the Court grants plaintiffs' counsel ten (10) additional days from this order to pay defendants the reasonable attorneys' fees specified on the October 6, 1999 Order **(Docket #82)**. |
| **Docket #86**<br>**Motion Nunc Pro Tunc** | Granted. |

DATE: November 30, 1999

SALVADOR E. CASELLAS
United States District Judge

