UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Josefina Maldonado-Sonera,<br>Edwin González-Valle,<br>Luz E. López-Nieves and<br>Doris I. Hernández-Nieves<br><br>    Plaintiffs<br><br>    v.<br><br>Mayor Luis Pérez-Reillo, the Municipality<br>of Quebradillas, Mayor Angel Román-Vélez,<br>the Municipality of Arecibo, the North Central<br>Consortium-Arecibo, Executive Director Germán<br>Román Vélez, and Wilma Batista Cruz<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Number 97-2773 (SEC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

COME NOW all plaintiffs of caption, through the undersigned attorney, and very respectfully state:

1. Notice is hereby given that plaintiffs Josefina Maldonado, Edwin Valle, Luz E. López and Doris I. Hernández hereby appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order ordering plaintiffs to pay attorney fees, dated October 6, 1999.

2. Plaintiffs filed in a timely manner a motion for reconsideration on October 7, 1999, a motion which must be considered a one filed pursuant to Rule 59(e) and which also tolls the time

for appeal. Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs. of Black Hills, 141 F.3d 1284, at 1226. Therefore, the time for appealing the Order of October 6, 1999, was tolled until the Court considered plaintiffs' motion for reconsideration.

3. On November 30th, 1999, the Court denied plaintiffs' motion for reconsideration and reaffirmed its Order of October 6, 1999, therefore, this notice of appeal is being filed with the time-frame provided by the Ruled of Appellate Procedures.

WHEREFORE, plaintiffs very respectfully request that this Honorable Court takes notice of the above.

RESPECTFULLY SUBMITTED.

In Aguadilla, Puerto Rico, on December 3, 1999.

### CERTIFICATION OF SERVICE

I HEREBY CERTIFY: That a true and exact copy of this motion has been sent by regular mail to: Claudio Aliff-Ortiz, Aldarondo López & Bras, 588 Hostos Ave., Baldrich, Hato Rey, P.R. 00918; Arturo Luciano-Delgado, I.L.A. Office Building, Suite PH-B, Kennedy Avenue, San Juan, P.R. 00920, Luis Vivas-Ugartemendía, Edificio Centro Seguros, Suite 407, Ponce de León 701, Miramar, San Juan, P.R. 00907, Pierluisi Law Offices, PSC, José Pérez-Hernández, Suite 1428, Popular Center, Hato Rey, PR 00918 and María J. Surillo, Department of Justice, Federal Litigation Division, P.O. Box 9020192, San Juan, Puerto Rico, 00902-0192.

ISRAEL ROLDAN-GONZALEZ
USDC-PR 115602
44 Progreso Street
Aguadilla, P.R. 00603
(787) 891-1359
Fax (787) 882-5000