IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Josefina Maldonado-Sonera, et. al.
Plaintiff(s)

v.

Luis Perez-Reillo, et. al.
Defendant(s)

Civil No. 97-2773 (SEC)

RECEIVED & FILED
'00 JAN 20 AM 10:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### DESCRIPTION OF MOTION

DATE FILED: 1/12/00   DOCKET #: 92   TITLE: Motion Informing Substitution of Attorney of Record.

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s) German Roman Velez

### DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

### COMMENTS

_____
_____
_____
_____
_____
_____

19 I 00
DATE

SALVADOR E. CASELLAS
United States District Judge

