IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSEFINA MALDONADO-SONERA, et. al. | \* \* \* |
| Plaintiffs | \* \* |
| v. | Civil No. 97-2773(SEC) |
| MAYOR LUIS PEREZ-REILLO, et. al. | \* \* |
| Defendants | \* |

**ORDER**

Pending before the Court are defendants' Motion to Compel Compliance with Order **(Docket #91)** and plaintiffs' motion to stay compliance of the November 30, 1999 Order **(Docket #93)**. The Court has reviewed both motions in conjunction with other documents in the record, and is hereby **GRANTING** defendants motion to compel **(Docket #91)**. Plaintiffs' motion to stay **(Docket #93)** is **DENIED**, as plaintiffs do not provide any legal ground or precedents that would justify staying the collection of sanctions imposed to the attorneys for prejudice, delays and inconveniences caused to the opposing party. (See Orders of September 29, 1999 (Docket #78), October 5, 1999 (Docket #82), and of November 30, 1999 (Docket #89)). The Court will not delay the collection of sanctions imposed to counsel merely because the case is on appeal.

Therefore, plaintiffs' counsel are hereby **ORDERED** to pay the sanctions imposed within fifteen (15) days of this order. Counsel is admonished that failure to comply with this Order will result in further imposition of sanctions and penalties according to Local Rule 114.

**SO ORDERED.**

AO 72A
(Rev. 8/82)

**Civil No. 97-2773(SEC)**                                                                 2

In San Juan, Puerto Rico, this ___ day of February, 2000.

*[signature]*
SALVADOR E. CASELLAS
United States District Judge