# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

_Josefina Maldonado-Sonera_
Plaintiff(s)

v.

_Luis Pérez Reillo_
Defendant(s)

Civil No. 97-2773 (SEC)

RECEIVED & FILED '00 SEP 11 PM 7:59 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

---

### DESCRIPTION OF MOTION

DATE FILED: 10/27/99  DOCKET #: 86  TITLE: Motion Nunc Pro Tunc

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[X] Defendant(s)   [ ] Joint

---

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

---

### COMMENTS

---

7 SEP 00
DATE

SALVADOR E. CASELLAS
United States District Judge