8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Josefina Maldonado-Sonera et. al.
Plaintiff(s)

Civil No. 97-2773(SEC)

v.

Luis Perez-Kello, et. al.
Defendant(s)

RECEIVED & FILED
01 APR -5 PM 6:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**DESCRIPTION OF MOTION**

DATE FILED: 3/28/01 DOCKET #: 106 TITLE: Motion to Withdraw as Counsel of Record

[ ] Plaintiff(s) [ ] Third Party Defendant(s)

[X] Defendant(s) [ ] Joint

DISPOSITION:

[X] GRANTED [ ] DENIED

[ ] NOTED [ ] MOOT

**COMMENTS**

3 IV 01
DATE

S E Casellas
SALVADOR E. CASELLAS
United States District Judge

107



S/C: German Roman Consorcio Norte Central Arecibo 4/5/01