IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSEFINA MALDONADO-SONERA, et. al. | * <br> * <br> * |
| Plaintiffs | * <br> * |
| v. | Civil No. 97-2773(SEC)(SEC) <br> * <br> * |
| LUIS PEREZ-REILLO, et. al. | * <br> * |
| Defendants | * |

## JUDGMENT

Pursuant to a Mandate issued by the First Circuit Court of Appeals, **(Dockets ## 102, 108)**, and the parties' stipulation for settlement agreement, the terms of which are incorporated herein, **(Docket # 100)**, all claims related with the above-captioned case are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 16 day of May, 2001.

SALVADOR E. CASELLAS
United States District Judge