UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSEFINA MALDONADO-SONERA, et. al.
    Plaintiffs
               v.              Civil No. 97-2773(SEC)
LUIS PEREZ-REILLO, et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #105<br>Motion Requesting Leave to<br>Withdraw as Counsel of Record | Granted. |

DATE: May 16, 2001

/s/ SALVADOR E. CASELLAS
United States District Judge

