97 2773

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Josefina Maldonado-Sonera, et. als
_____
Plaintiff(s)

Civil No. 97-2773 (SEC)

v.

Luis Pérez-Riollo, et. als.
_____
Defendant(s)

RECEIVED & FILED
01 SEP 28 PM 2:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 9/23/01   DOCKET #: 114   TITLE: "Motion (for withdrawal of funds)"

[✓] Plaintiff(s)      [ ] Third Party Defendant(s)

[ ] Defendant(s)      [ ] Joint

DISPOSITION:

[✓] GRANTED           [ ] DENIED

[ ] NOTED             [ ] MOOT

| COMMENTS |
|---|

_26 SEP 01_
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

c: Finance 9/28/01