*97-2773*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Josefina Maldonado Sonera, et al.
Plaintiff(s)

v.

Luis Perez Reillo, et al.
Defendant(s)



Civil No. 97-2773 (SEC)

---

### DESCRIPTION OF MOTION

DATE FILED: 9-4-01  DOCKET #: 115  TITLE: Motion for

[√] Plaintiff(s)    [ ] Third Party Defendant(s)   Disbursement of Funds

[ ] Defendant(s)   [ ] Joint

---

DISPOSITION:

[√] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

---

### COMMENTS

Acc. #: 4005677276

---

27 SEP 01
DATE

SALVADOR E. CASELLAS
United States District Judge

c: Innree 10/1/01