IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Maldonado-Sonera, et al.
_____
Plaintiff(s)

v.

Perez-Reillo, et al
_____
Defendant(s)

Civil No. 97-2773 (SEC)

RECEIVED & FILED
01 OCT -4 AM 6:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 8-23-01   DOCKET #: 114   TITLE: Motion For Disbursement of Funds

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

## COMMENTS

This order amends the Court's previous order (Docket #116) as follows:
A check in the amount of $50,000 shall be issued in the name of Israel Roldan-Gonzalez.

2 OCT 01
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

c: Finance 10/4/01